Decided February 18, 2004

## STEPHEN PRESCOTT ET AL. *v.* CITY OF MERIDEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 80 Conn. App. 697 (AC 23556), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the named plaintiff did not fall within the 'imminent harm to an identifiable person' exception to qualified immunity of a municipal employee?"

The Supreme Court docket number is SC 17134.

*Lori Welch-Rubin* and *David Johnson,* in support of the petition.

*Jay T. DonFrancisco,* in opposition.

Decided February 18, 2004